```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Bryant Tremblay

    v.                                      Case No. 18-cv-381-JL

US Social Security Administration,
Acting Commissioner

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 15, 2019.

_____
Joseph N. Laplante
United States District Judge

Date: February 5, 2019

cc: D. Lance Tillinghast, Esq.
    Hugh Dun Rappaport, Esq.